UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC RIM, LLC, et al.,

        Plaintiff(s),

  v.

SCOTTSDALE INSURANCE COMPANY,

        Defendant(s).

NO. C10-252MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Joint Motion for Relief re Initial Deadlines (Dkt. No. 13), makes the following findings:

    1.     The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
    2.     The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

The Court understands that the basis for the parties' request is their ongoing attempts to simultaneously settle an number of lawsuits that have arisen from the same underlying dispute. However, they have already been granted one continuance of their initial scheduling deadlines. There is no reason that they cannot continue their efforts at mediation while meeting their initial case scheduling requirements. It is the Court's experience that firm case schedule deadlines, not continuances, encourage settlements. Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED.

ORD ON MTN TO REVISE- 1

1   The clerk is directed to send copies of this order to all counsel of record.

2   Dated: June 8, 2010

*[signature]*

Marsha J. Pechman
U.S. District Judge

26  ORD ON MTN TO REVISE- 2