1

2                                              THE HONORABLE MARSHA J. PECHMAN

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10

PACIFIC RIM, LLC, a Washington limited
11   liability company; PAUL B. LIAO and MEI          NO.  10-252
     YEA LIAO, and their marital community;
12   DARWIN LIAO, an individual,
                                                      STIPULATION AND ORDER OF
13                          Plaintiffs,               DISMISSAL

14        v.
                                                      **CLERK'S ACTION REQUIRED**
15   SCOTTSDALE INSURANCE COMPANY,

16                          Defendant.

17                                                    **NOTE ON MOTION CALENDAR:**
                                                      **MONDAY, JUNE 14, 2010**

18

19

20                                  **STIPULATION**

21        IT IS HEREBY STIPULATED by and between Plaintiffs Pacific Rim, LLC, a Washington

22   limited liability company, Paul B. Liao and Mei Yea Liao, and their marital community, and Darwin

23   Liao (collectively "Plaintiffs") and Defendant Scottsdale Insurance Company, through their

24   attorneys of record, that all claims in the above-entitled action shall be dismissed without prejudice

25   and without costs to any party.

26   //

27   //

28   //

STIPULATION AND ORDER OF DISMISSAL - 1

1  DATED this 14th day of June, 2010.

2

3                                              ASHBAUGH BEAL

4

5                                              By: /s/ Emily H. Gant, via email authorization
                                                   Richard H. Skalbania, WSBA No. 17316
6                                                  Zachary O. McIsaac, WSBA No. 35833
7                                                  Attorneys for Plaintiffs

8

9                                              OGDEN MURPHY WALLACE, P.L.L.C.

10

11
                                               By: /s/ Emily H. Gant
12                                                 Geoff Bridgman, WSBA No. 25242
                                                   Emily Harris Gant, WSBA No. 35679
13                                                 Attorneys for Defendant Scottsdale Insurance
14                                                 Company

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 2

1

## **ORDER**

2

3        PURSUANT TO the foregoing stipulation, it appearing that Plaintiffs Pacific Rim, LLC, a

4  Washington limited liability company, Paul B. Liao and Mei Yea Liao, and their marital community,

5  and Darwin Liao (collectively "Plaintiffs") and Defendant Scottsdale Insurance Company have

6  agreed to a dismissal without prejudice of all claims, Now, therefore, it is hereby ORDERED,

7  ADJUDGED AND DECREED that all claims in the above-entitled action be, and are hereby

8  dismissed without prejudice and without costs to any party.

9        DATED:  _June 18_, 2010.

10

11

12                                    _____
                                      Marsha J. Pechman
                                      United States District Judge

13

14

15  Presented by:

16  OGDEN MURPHY WALLACE, P.L.L.C.

17

18  By:  /s/ Emily H. Gant                        
       Geoff Bridgman, WSBA No. 25242
19     Emily Harris Gant, WSBA No. 35679
       Attorney for Defendant Scottsdale Ins. Co.

20

21

22  ASHBAUGH BEAL

23

24  By: /s/ Emily H. Gant, via email authorization
       Richard H. Skalbania, WSBA No. 17316
25     Zachary O. McIsaac, WSBA No. 35833
       Attorneys for Plaintiffs

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 3

1

**CERTIFICATE OF SERVICE**

2       I certify under the laws of the United States of America that on the 14th day of June, 2010, I

3   filed this document through CM/ECF, causing a true and correct copy of the foregoing to be

4   electronically served upon the following:

5
        **Counsel for Plaintiffs**
6       Richard H. Skalbania
        Zachary O. McIsaac
7       Stansilaw Ashbaugh
        701 Fifth Avenue, Suite 4400
8       Seattle, Washington 98104

9
        DATED this 10th day of February, 2010.
10

11

12                                          /s/ Emily H. Gant
                                        Emily Harris Gant, WSBA No. 35679
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 4